IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:18-cv-00136-SLG |
| v. | |
| KLAWOCK OCEANSIDE, INC.; LAURANCE E. LANG; and SAFE HARBOR POLLUTION INSURANCE GROUP, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| Defendants. | |

In preparation for the scheduling of a settlement conference before the Honorable Joshua M. Kindred, each party shall submit to Judge Kindred's chambers via email to Lynne_Roehing@akd.uscourts.gov a Confidential Settlement Brief on or before **March 8, 2021**. This Confidential Settlement Brief shall not be filed with the Court or served on opposing parties. The Confidential Settlement Brief shall not exceed 20 pages, including attachments. A party's Confidential Settlement Brief may not be disclosed to anyone without the party's consent and is not admissible in evidence. The Confidential Settlement Briefs will be destroyed after any held settlement conference.

In an effort to determine the realistic settlement possibility, the parties ***must*** make a full disclosure of their best evaluation of the potential outcome of the case and what

they are willing to take to settle.  All of the strengths and weaknesses of one's case must be discussed candidly in the party's Confidential Settlement Brief and be given appropriate effect in one's settlement position as to the worth of the case.

If Plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth.  If Plaintiff is unable to set forth such figure, the purpose of which is to aid the undersigned in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendant must set forth its present reasonable dollar figure offer.  Likewise, if Defendant is unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

A settlement conference will be scheduled only if, on the basis of the Confidential Settlement Briefs, it appears that there is a reason to believe that, with the assistance of the Court, a settlement of the case can be negotiated.

At any conference resulting from this Order, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

IT IS SO ORDERED this 17th day of February, 2021, at Anchorage, Alaska.


_/s/ Joshua M. Kindred_
JOSHUA M. KINDRED
United States District Judge

_United States v. Klawock Oceanside, Inc., et al._                                    Case No. 3:18-cv-00136-SLG
Order Regarding Settlement Conference                                                 Page 2
Case 3:18-cv-00136-SLG   Document 42   Filed 02/17/21   Page 2 of 2