BRYAN WILSON
Acting United States Attorney
RICHARD POMEROY
Assistant United States Attorney
Chief, Civil Division

BRIAN M. BOYNTON
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:18-cv-00136-SLG |
| | ) | |
| Plaintiff, | ) | IN ADMIRALTY |
| | ) | |
| vs. | ) | |
| | ) | |
| KLAWOCK OCEANSIDE, INC., | ) | STATUS REPORT |
| LAURANCE E. LANG, an individual, and | ) | |
| SAFE HARBOR POLLUTION INSURANCE | ) | |
| GROUP, *in personam,* | ) | |
| | ) | |
| Defendants. | ) | |

STATUS REPORT          1          Case No.: 30:18-cv-00136-SLG

Pursuant to the Court's order dated June 22, 2021 (ECF 47), the parties hereby submit a joint status report.

A settlement conference was held on May 26, 2021.  The case did not settle, therefore the parties respectfully request the following:

**A.**      <u>**Remaining Discovery**</u>

All written discovery is completed.  The remaining depositions were suspended due to the COVID-19 pandemic.  Now that travel restricts have eased, and all counsel of record have been fully vaccinated, the parties have agreed to resume the remaining depositions in person.  The parties anticipate that the remaining deposition can be completed by September 30, 2021, and therefore respectfully request that the Court set a discovery cut-off of September 30, 2021.

**B.**      <u>**Dispositive Motions**</u>

The parties request that the Court set a deadline for filing dispositive motions of November 29, 2021.

Dated: June 30, 2021

                              BRYAN WILSON
                              Acting United States Attorney
                              RICHARD POMEROY
                              Assistant United States Attorney
                              Chief, Civil Division

                              BRIAN M. BOYNTON
                              Acting Assistant Attorney General
                              R. MICHAEL UNDERHILL
                              Attorney in Charge, West Coast Office
                              Torts Branch, Civil Division
                              <u>s/Eric Kaufman-Cohen</u>
                              ERIC KAUFMAN-COHEN
                              Assistant Attorney in Charge, West Coast Office
                              Torts Branch, Civil Division
                              U.S. Department of Justice

Of Counsel
HELKEI HEMMINGER
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff
United States of America

Dated: June 30, 2021                    NICOLETTI HORNING & SWEENEY


                                        s/ Guerric Russell


Dated: June 30, 2021                    REEVES AMODIO, LLC

                                        s/Brian J. Stibitz

                                        Attorneys for Defendant
                                        Safe Harbor Pollution Insurance Group

# CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2021, a true and correct copy of the STATUS RE was served electronically through CM/ECF on:

Guerric S. Russell:     grussell@nicolettihornig.com

Brian Stibitz:          brian@reevesamodio.com

Attorneys for Defendant Safe Harbor Pollution Insurance Group.


/s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN