BRYAN WILSON
Acting United States Attorney
RICHARD POMEROY
Assistant United States Attorney
Chief, Civil Division

BRIAN M. BOYNTON
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cv-00136-SLG |
| Plaintiff, | IN ADMIRALTY |
| vs. | |
| KLAWOCK OCEANSIDE, INC., LAURANCE E. LANG, an individual, and SAFE HARBOR POLLUTION INSURANCE GROUP, *in personam*, | NOTICE OF SETTLEMENT |
| Defendants. | |

NOTICE TO THE COURT is hereby given that the United States and defendant Safe Harbor Pollution Insurance Group have reached agreement on the terms of a proposed settlement. The settlement still requires the necessary formal settlement approvals by persons having the requisite authority, and finalization of all written documents necessary to satisfy the requirements and procedures governing settlements with the United States. The Settling Parties expect those procedures to be complete no later than January 31, 2022.

Following finalization of the settlement, the parties will file papers effecting the dismissal of this case in its entirety pursuant to the procedures of Fed.R.Civ.P 41(a)(1)(A)(ii).

Dated: December 7, 2021

BRYAN WILSON
Acting United States Attorney
RICHARD POMEROY
Assistant United States Attorney
Chief, Civil Division

BRIAN M. BOYNTON
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Of Counsel
HELKEI HEMMINGER
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that, on December 7, 2021, a true and correct copy of the NOTICE OF SETTLEMENT was served electronically through CM/ECF on:

Guerric S. Russell: grussell@nicolettihornig.com

Brian Stibitz: brian@reevesamodio.com

Attorneys for Defendant Safe Harbor Pollution Insurance Group.

                              /s/Eric Kaufman-Cohen
                              ERIC KAUFMAN-COHEN