BRYAN WILSON
Acting United States Attorney
RICHARD POMEROY
Assistant United States Attorney
Chief, Civil Division

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cv-00136-SLG |
| Plaintiff, | IN ADMIRALTY |
| vs. | |
| KLAWOCK OCEANSIDE, INC., LAURANCE E. LANG, an individual, and SAFE HARBOR POLLUTION INSURANCE GROUP, *in personam*, | STIPULATION OF DISMISSAL [Fed.R.Civ.P. 41(a)(A)(1)(ii)] |
| Defendants. | |

WHEREFORE, the above captioned action having been compromised fully and finally with respect to any and all claims and causes of action by Plaintiff United States of America against Defendant Safe Harbor Pollution Insurance Group, the parties hereby stipulate to the dismissal of this entire action with prejudice, each party to bear its own fees and costs, pursuant to Fed.R.Civ.P. 41(a)(A)(1)(ii).

Dated: March 14, 2022

BRYAN WILSON
Acting United States Attorney
RICHARD POMEROY
Assistant United States Attorney
Chief, Civil Division

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Of Counsel
HELKEI HEMMINGER
National Pollution Funds Center
United States Coast Guard

Attorneys for Plaintiff
United States of America

NICOLETTI HORNING & SWEENY

s/Guerric S. Russel
GUERRIC S. RUSSEL
Attorneys for Defendant
Safe Harbor Pollution Insurance Group

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 14, 2022, a true and correct copy of the STIPULATION OF DISMISSAL was served electronically through CM/ECF on:

Guerric S. Russell:  grussell@nicolettihornig.com

Brian Stibitz:  brian@reevesamodio.com

Attorneys for Defendant Safe Harbor Pollution Insurance Group.

<u>/s/Eric Kaufman-Cohen</u>
ERIC KAUFMAN-COHEN